IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:    ROBBY J. HENDRIX AND    CASE NO.: 05-55625 ERG
FRANCES E. HENDRIX, DEBTORS    CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:    Robby J. and Frances E. Hendrix (pro-rata portion of tax refund)

AMOUNT:    $869.97

REASON:    Whereabouts of Debtor is unknown. Correspondence addressed to the Debtor was returned to the Trustee as attempted not known and unable to forward. Other attempts to locate the Debtor have also failed.

Respectfully Submitted on this 10th day of March, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Robby J. Hendrix
Frances E. Hendrix
1007 Ridge Road
Perkinston, MS 39573-5922

This the 10th day of March, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER
**2001**

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 3/10/2008 | *********869.97 |

ZNJM3906

**1992710**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-55625 | Debtor: HENDRIX, ROBBY J.<br>Joint Debtor: HENDRIX, FRANCES E. |

*Eight Hundred Sixty Nine Dollars And 97/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆002001⑆ ⑈111000012⑈ 4429466027⑈

| Date: 3/10/2008 | Check Number: 2001 | Amount: $869.97 |
|---|---|---|
| Case Number 05-55625<br>Debtor Name: HENDRIX, ROBBY J. | | |
| Paid To: UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 | |
| Description: UNCLAIMED FUNDS | | |
| Bank Account Number: 4429466027 | | |

Kimberly R. Lentz
Chapter 7 Trustee
Post Office Box 927
Gulfport, MS 39502

ROBBY J. HENDRIX
FRANCES E. HENDRIX
1007 RIDG
PERKINS1   NIXIE   392   DE 1   00  03/06/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 39502092727   *1266-09596-22-38

No address / Miss No address / No ment forward